PATRICIO T.D. BARRERA (SBN 149696)
BARRERA & ASSOCIATES
2298 E Maple Avenue
El Segundo, CA 90245
Telephone: 310.802.1500
barrera@BAattorneys.com

ASHLEY A. DAVENPORT (SBN 244573)
DAVENPORT LAW, PC
2298 E Maple Avenue
El Segundo, CA 90245
Telephone: 310.504.3989
ashley@lawdavenport.com

Attorneys for Plaintiff and the Proposed Class

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GREGORY MAFFEI, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMPASS, INC., a Delaware corporation; COMPASS CALIFORNIA, INC., dba Compass, a Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants | Case No. 2:21-cv-01072-JFW-MAAx<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE**<br><br>**Pretrial Conference**<br>Date: January 14, 2022<br>Time: 8:00 a.m.<br>Place: Dept. 7A<br><br>**Trial**<br>Date: February 8, 2022<br>Time: 8:30 a.m.<br>Place: Dept. 7A |

Plaintiff John Gregory Maffei and Defendants Compass, Inc. and Compass California, Inc. have reached a settlement that will result in a dismissal of all claims without prejudice. The parties are preparing a written settlement agreement. Shortly thereafter, the parties will be filing a Stipulation re Dismissal that will include a request that the Court retain jurisdiction to interpret and enforce the terms of settlement. In the

1  meantime, the parties request that the Court vacate all hearing dates and matters under
2  submission, including the Pretrial Conference set for January 14, 2022, and Trial set
3  for February 8, 2022.
4
5  Dated: May 7, 2021                                    DAVENPORT LAW PC
6
7                                                        By:  */s/ Ashley Davenport*
                                                              Ashley Davenport
8                                                             Attorneys for Plaintiff and
                                                              the Proposed Class